| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF _____ | ATTORNEY: BERGSTEIN |
| PEGGY FARGANIS | FF/INDEX #: 07 CIV 11490 |
| | DATE FILED: |
| | DOCKET #: |

Plaintiff(s)/Petitioners(s)

- AGAINST -

DENNIS BARNETT, KENNETH BYRNES, DANIEL THORSON, SUED IN THEIR INDIVIDUAL CAPACITIES

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **12/28/07** at **2:10 PM** at **TOWN OF MONTGOMERY POLICE DEPARTMENT**
**110 BRACKEN ROAD, MONTGOMERY, NEW YORK 12549**

deponent served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, ELECTRONIC PROCEDURES FOR CASE FILING & INDIVIDUAL PRACTICES & PROCEDURES OF JUDGE BRIEANT**

on **KENNETH BYRNES, sued in his individual capacity**   therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with **MRS. POST - CO-WORKER** a person of suitable age and discretion, the said premises being the defendants - respondents

☐ dwelling place   ☑ place of business   ☐ last known address   within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE   WHITE SKIN   BLOND HAIR   55 YRS.   5'6"   155 LBS.**

Other identifying features:

**MAILING** ☑ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: **12/31/07**

☐ at his last known residence   ☑ at his place of business   ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **12/31/07**

MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958