

## HODGES WALSH & SLATER, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwslaw.com

January 18, 2008

Hon. Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:  Farganis v. Barnett, et al
         07 Civ. 11490 (CLB)(GAY)

Dear Judge Brieant:

  This firm represents the defendants in the above referenced matter.

  I am writing in response to the request, annexed hereto, of plaintiff's attorney to consolidate the instant action with a new filing made by the plaintiff based upon the same facts and circumstances that give rise to the initial complaint.

  As Ms. Ullrich states, Judge Yanthis recommended that she file a motion to amend her original complaint. Despite this proper procedure, and the advice of Judge Yanthis, she decided to file a new complaint.

  Since plaintiff does not wish to follow the Court's directive, we request that the matter be remitted to Judge Yanthis to set briefing schedules to file a Rule 12(b)(6) motion, in lieu of an answer, relative to the new complaint together with a Rule 56 motion as previously approved by Judge Yanthis.

            Very truly yours,

            Paul E. Svensson (3403)

cc:
Hon. George A. Yanthis, U.S.M.J.
Helen G. Ullrich, Esq.