UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
PEGGY FARGANIS,

                           Plaintiff,

         - against -

DENNIS BARNETT, et al.,

                         Defendant.  
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

07 Civ. 11490 (CLB) (GAY)

     The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**_X_ All Purposes**

___ Specific Non-Dispositive Motion/Dispute:*  
_____  
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

_ ___ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____  
    _____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
         January 23, 2008

                                                  _Charles Brieant_  
                                                  United States District Judge